**Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00318-CV
_____

**LONE STAR PAVERS INC., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-01837**

## ORDER

Appellant is represented by retained counsel, Matthew S. Muller. No reporter's record has been filed in this case. Carolyn Ruiz Coronado, the official court reporter for the 151st District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On September 6, 2018 the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. _See_ Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Matthew S. Muller, to file a brief in this appeal on or before November 12, 2018. If Matthew S. Muller does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.


PER CURIAM